AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio ▼

| | |
|---|---|
| United States of America<br>v.<br>Najeeb Khan<br>*Defendant* | ) ) ) ) ) ) | Case No. 1:22 CR 696 |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 1/5/2023

*Defendant's signature*

*Signature of defendant's attorney*

Jesse Barrett
*Printed name of defendant's attorney*

Carmen Henderson
*Judge's signature*

Carmen E. Henderson, United States Magistrate Judge
*Judge's printed name and title*